IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GEORGE STAMOS, JR.

       Petitioner,              No. CIV-S-11-2722 KJM CKD P

   vs.

WARDEN – SALINAS VALLEY STATE PRISON

       Respondent.         <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed a completed in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner did submit an application for in forma pauperis status, which he signed, but he did not fill it out with any of the information requested on the form. He has also filed a motion for an extension of time in which to obtain a certified statement of his trust account funds from the prison trust office. Insofar as this order gives petitioner additional time from this date in which to complete the application process, that motion is moot. Petitioner need only submit the enclosed application, providing all available information and signatures requested therein, in the next thirty days. Petitioner may also submit the $5.00 filing fee instead of the application.

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action.

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

3.  Petitioner's motion for additional time in which to submit a prison trust account statement (Docket No. 9) is moot.

Dated: November 7, 2011

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
stam2722.101

2