IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GEORGE STAMOS, Jr.

    Petitioner,                    No. 2:11-cv-2722 KJM CKD P

    vs.

WARDEN- S.V.S.P.

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an action under 28 U.S.C. § 2254.  He moved for additional time in which to file a second amended petition.  However, shortly after filing that request, petitioner filed his second amended petition before the current deadline of June 20, 2012.  The request for additional time is therefore moot.

        Petitioner has renewed his request for the appointment of counsel.  The court denied his first request on May 21, 2012.  The court finds no change in circumstances that would warrant appointment of counsel at this time.

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for an extension of time (Docket No. 42) is moot.

2. The motion for appointment of counsel (Docket No. 44) is denied.

Dated: June 19, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
stam2722.eot