1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES GEORGE STAMOS, JR.,                No.  2:11-cv-2722 TLN CKD P

12                    Petitioner,

13           v.                                 ORDER

14    WARDEN--SVSP,

15                    Respondent.

16

17           Petitioner requests that the court order officials at his prison to provide him with his legal

18    property.  Petitioner does not have a constitutional right to continual access to his property and

19    fails to point to facts indicating that his being without his property, for the time being, violates

20    any federal right.  His request (ECF No. 68) is denied.

21    Dated:  July 10, 2013

22                                              _____
                                               CAROLYN K. DELANEY
23                                             UNITED STATES MAGISTRATE JUDGE

24

25

26

27    1
      stam2722.pro
28